United States District Court
Southern District of Texas
**ENTERED**
May 23, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARK CATES, § <br> § <br> Plaintiff, § <br> VS. § <br> § <br> CONN APPLIANCES, INC., § <br> § <br> Defendant. § | CIVIL ACTION NO. 4:16-CV-201 |

## ORDER OF DISMISSAL ON STIPULATION

The parties in the above styled and numbered cause of action have filed a Stipulation of Dismissal with prejudice (Dkt. No. 8), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is Ordered that this case is dismissed with prejudice, with each party to bear its own costs.

SIGNED on this 23rd day of May, 2016.

_____
Kenneth M. Hoyt
United States District Judge